Case 4:25-cv-02306-DFB   Document 1   Filed 12/03/25   Page 1 of 4

FILED
WILLIAMSPORT
DEC 02 2025
PER EA
DEPUTY CLERK

USDCMDPA #(New 4:25-CV-XXXX)
# 4:25-CV-_____

MICHAEL J ROBINSON Pro se/IFP (Plaintiff)
22 S. Pearl St. Shamokin PA. 17872 (570-898-3478)

V.

SAMPLE NEWS GROUP, LLC GROUP, LLC. d/b/a The News Item
707 Rock St. Shamokin PA. 17872

TIMOTHY ZYLA, - individually and in his official capacity as Managing Editor of the News-Item

Larry Deklinsky - individually and as a reporter for the News-Item   AND;

(10) - 1-10 John/Jane Does (Defendants).

COMPLAINT AND JURY DEMAND TRIAL.

1. Plaintiff is an adult living/Residing in Shamokin, Northumberland County, PA, and was a declared Candidate for Northumberland County Commisioner in/on or about Feb 27, 2019 (News paper article of his Candidacy Announcement) (News-Item)

2. Defendent SAMPLE NEWS GROUP, LLC owns and operates THE NEWS-ITEM, A daily newspaper of general circulation IN Northumberland County.

Pg 1.

3. Defendant TIMOTHY Zyla is the Managing Editor of THE NEWS-ITEM.

4. Defendant Larry Deklinski is a reporter employed by the News-Item.

Cont 1 — Intentional INFLICTION OF EMOTIONAL DISTRESS (Against ALL DEFENDANTS)

5. ON OR ABOUT (2/27/19), Defendants intentionally and Recklessly Published Plaintiff's photograph directley beneath the OBITUARY Section with the Deliberate intent to convey that the Plaintiff or his Political Candidacy was "DEAD". I STAY THIS WAS AN ACT wich is ongoing and a violation oR/OF RICO 28 USC §1964 BARRING (STATUTE of Limitions for ONGOING CRIMES DOCTORINE)

6. When Confronted, Defendant Zyla admitted he did it because He "Thought it was FUNNY" and further acknowledged that the placement was meant to imply Plaintiff Candidacy was "DEAD". (I Recently Discussed this issue with Mibinzee Witt editor/Report News-Item.)

7. This Conduct was Exstreme, Outrageovs, and exceeds All Boundries/BOUNDS OF DECENCY TOLORATED BY SOCIETY!

Pg 2.

8. AS A DIRECT RESULT, AS A Per Members of the Public Leaving Condolence Messages on my phone and IN person when they seen me in Public I LOOKED AT THE PAPER AND IT CONFIRMED MY FRIENS and SUPPORTERS HAD ACTUALLY THOUGHT I had Died, Causing Me the Plaintiff MJR SEVER AND ONGOING EMOTIONAL DISTRESS, SLEEPNESS/ Sleeplessness, Anxiety, AND HUMILIATION That CONTINUES TO THIS DAY 12/2/25 /

9. Defendants acted intentionally and/or with Reckless Disregard, (see articas in News-Item Archives)

COUNT II - Civil CONSPIRACY/CONCERTED ACTION (AGAINST ALL DEFENDANTS)

10. Defendant Zyla, Deklinski, and others agreed to use THE NEWS-ITEM to Injure Plaintiff's reputation and Political Campaign through false and HUMILIATING PUBLICATIONS AND BY WITHHOLDING OR SUPPRESSIN LEGITAMATE NEWS COVERAGE of PLAINTIFF

11. THE NEW-ITEM and it's Reporters regularly Attend and Cover Northumberland County government, thereby (ACTING UNDER COLOR OF ~~LAW~~ "STATE LAW", thereby

Pg. 3.

12. Defendants retaliated against the Plaintiff for Excersing his 1st Amendment rights by running for Public office and speaking on Public issues by publishing the Humiliating OBITUARY Photograph and BY SYSTEMICALLY REFUSING TO COVER PLAINTIFF'S LEGITAMATE NEWS.

PRAYER FOR RELIEF: PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANTS JOINTLY AND SEVERALLY FOR:

- Compensatory damages in excess of $150,000
- Punitive DAMAGES
- ATTORNEY'S FEES AND COSTS
- ANY OTHER RELIEF the Court DEEMS JUST.

JURY TRIAL DEMANDED    12/2/25

IFP ATTACED

SERVICE USMS PER 28/§1915(d)
TRUE UNDER 28 USC §1746 Perjury
/s/ Pro se IFP Ect....
#1134 RICO

MICHAEL J Robinson pro se/IFP/ECT.... RICO #1134

Pg. 4